# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA HERRERA, | ) |
| Plaintiff, | ) Case No. 2:15-cv-01278-APG-GWF |
| vs. | ) **ORDER** |
| COSTCO WHOLESALE CORPORATION, *et al.*, | ) |
| Defendants. | ) |

  This matter is before the Court on the Confidentiality Agreement and Stipulated Protective Order (#14), filed September 11, 2015.  The Court rejects the protective order because of Section 5, page 8, lines 3-6.  In the event of a dispute, the party asserting that the document or information is confidential has the burden of showing that it is entitled to protection.  Accordingly,

  **IT IS HEREBY ORDERED** that the Stipulation of Confidentiality and Protective Order (#14) is denied, without prejudice.

  DATED this 14th day of September, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge