1  KYM SAMUEL CUSHING
   Nevada Bar No. 4242
2  JOSEPH C. CHU
   Nevada Bar No. 11082
3  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
   300 South Fourth Street, 11th Floor
4  Las Vegas, Nevada 89101
   (702) 727-1400; FAX (702) 727-1401
5  Kym.Cushing@wilsonelser.com
   Joseph.Chu@wilsonelser.com
6  *Attorneys for Defendants*

7

8                    UNITED STATES DISTRICT COURT

9                          DISTRICT OF NEVADA

10 | MARIA HERRERA,                          | CASE NO.: 2:15-cv-01278-APG-GWF |
11 |            Plaintiff,                   |                                  |
12 |     vs.                                 |                                  |
13 | COSTCO WHOLESALE CORPORATION DBA        | **STIPULATION AND ORDER TO       |
14 | COSTCO WHOLESALE, COSTCO                | DISMISS WITH PREJUDICE**         |
   | WHOLESALE INTERNATIONAL, INC., DOE      |                                  |
15 | MAINTENANCE EMPLOYEE, DOE               |                                  |
   | EMPLOYEE, DOE JANITORIAL EMPLOYEE,      |                                  |
16 | DOE OWNER, I-V, ROE OWNERS, ROE         |                                  |
   | EMPLOYER, and ROE COMPANIES,            |                                  |
17 |            Defendants.                  |                                  |

18

19       Plaintiff, MARIA HERRERA ("Plaintiff"), by and through her attorneys of record, RYAN

20 M. ANDERSON and KIMBALL JONES, of the law offices of MORRIS ANDERSON, and

21 Defendant, COSTCO WHOLESALE CORPORATION, by and through its attorneys of record,

22 KYM SAMUEL CUSHING and JOSEPH C. CHU, of the law offices of WILSON, ELSER,

23 MOSKOWITZ, EDELMAN & DICKER LLP, hereby stipulate and agree as follows:

24       That all claims and causes of actions asserted by Plaintiff in Case No. 2:15-cv-01278-APG-

25 GWF pending in the United States District Court – District of Nevada, are DISMISSED WITH

26 PREJUDICE as to all defendants,

27 . . .

28 . . .

877508v.1                        Page 1 of 2

IT IS FURTHER STIPULATED that all parties to this action will bear their own attorneys' fees and costs of suit.

Dated this ___ day of November, 2015.        Dated this 8 day of November, 2015.

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

KYM SAMUEL CUSHING
Nevada Bar No. 4242
JOSEPH C. CHU
Nevada Bar No. 11082
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400
Attorneys for Defendants

MORRIS ANDERSON

RYAN M. ANDERSON
Nevada Bar No. 11040
KIMBALL JONES
Nevada Bar No. 12982
716 South Jones Boulevard
Las Vegas, Nevada 89107
(702) 333-1111
Attorneys for Plaintiff

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

(1) Plaintiff's complaint and all causes of actions asserted therein in Case No. 2:15-cv-01278-APG-GWF are DISMISSED WITH PREJUDICE as to all defendants; and

(2) all parties to this action are to bear their own respective attorneys' fees and costs of suit.

IT IS SO ORDERED.

Dated: January 11, 2016.

_____
U.S. DISTRICT COURT JUDGE

Page 2 of 2

877508v.1